

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEB
F. #2019R01465

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 6, 2021

By E-mail

The Honorable Eric N. Vitaliano
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Raymond Kohut
              Criminal Docket No. 21-115 (ENV)

Dear Judge Vitaliano:

      The government respectfully moves for an order unsealing the complaint, arrest warrant, order of detention, order setting conditions of release and notice of attorney appearance in this matter. (ECF Nos. 1, 2, 5, 10 and 12). Further, the government respectfully requests that ECF Nos. 3, 4, 6-9, 11, 13, 14, 15 and 17 remain under seal, because the reasons supporting sealing those entries continue.

      Respectfully submitted,

      MARK J. LESKO
      Acting United States Attorney

By:    /s/
      Mark E. Bini
      Assistant U.S. Attorney
      (718) 254-8761

Enclosure

cc:    Clerk of Court (by ECF)
        Adam S. Fels, Esq. (by ECF)