MEB
F.# 2019R01465

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

RAYMOND KOHUT,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR <u>21-115</u> (<u>ENV</u>)

Upon the application of MARK J. LESKO, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Mark E. Bini, for an order unsealing the complaint, arrest warrant, order of detention and order setting conditions of release, and notice of attorney appearance in this matter. (ECF Nos. 1, 2, 5, 10 and 12).

WHEREFORE, it is ordered that: (1) the complaint, arrest warrant, order of detention, order setting conditions of release and notice of attorney appearance in this matter are unsealed (ECF Nos. 1, 2, 5, 10 and 12); and (2) ECF Nos. 3, 4, 6-9, 11, 13, 14, 15 and 17 shall remain under seal.

Dated:    Brooklyn, New York
            _____, 2021

                                        _____
                                        HONORABLE ERIC N. VITALIANO
                                        UNITED STATES DISTRICT COURT JUDGE
                                        EASTERN DISTRICT OF NEW YORK