

U.S. Department of Justice

United States Attorney
Eastern District of New York

MEB
F. #2019R01465

271 Cadman Plaza East
Brooklyn, New York 11201

April 21, 2021

<u>By ECF and E-mail</u>

The Honorable Eric N. Vitaliano
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Raymond Kohut
                <u>Criminal Docket No. 20-692 (ENV), 20-MJ-692</u>

Dear Judge Vitaliano:

      The government respectfully moves for an order unsealing the September 21, 2020 minutes of the arraignment on the complaint before the Hon. Roanne L. Mann in this matter, because the reasons justifying sealing those minutes no longer exist.[1]

                                        Respectfully submitted,

                                        MARK J. LESKO
                                        Acting United States Attorney

                       By:          /s/
                                        Mark E. Bini
                                        Assistant U.S. Attorney
                                        (718) 254-8761

Enclosure

cc:    Clerk of Court (by ECF)
        Adam S. Fels, Esq. (by ECF)

---

[1] The felony complaint in this matter was assigned the docket number 20-MJ-526. The information was assigned to this Court, and the underlying Magistrate Judge docket was merged with the criminal docket before this Court.